# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF: STEPHEN
GOLDBERG, FLORINE GOLDBERG,
ADULT WARD(S).

No. 69782

**FILED**

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

JULIE A. GOLDBERG,

Appellant,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,

Respondent.

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a petition to recover wards' property. Eighth Judicial District Court, Family Court Division, Clark County; Cynthia Dianne Steel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987). A notice of appeal filed before entry

16-07030

of a written judgment is of no effect. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. Cynthia Dianne Steel, District Judge, Family Court Division
      Julie A. Goldberg
      Clark County District Attorney
      Eighth District Court Clerk